IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTHONY JEROME COOPER,

       Appellant,

  v.

                                            Case No. 5D23-1478
                                            LT Case No. 2017-CF-9111-A

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed August 8, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Anthony J. Cooper, Live Oak, pro se.

Ashley Moody, Attorney General, and
Kristie Regan, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.


BOATWRIGHT, KILBANE and MACIVER, JJ., concur.